UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:09-mj-140 |
| v. ) | |
| ) | JUDGE CARTER |
| GLENN WILSON ) | |

## MEMORANDUM AND ORDER

In accordance with Rules 5 and 5.1 of the Federal Rules of Criminal Procedure and in accordance with the Bail Reform Act, 18 United States Code § 3142(f), the preliminary hearing and detention hearing were held in this action on April 9, 2009. Those present included:

(1) AUSA James Brooks for the United States of America.
(2) The defendant, GLENN WILSON.
(3) Attorney Rita LaLumia for defendant.
(4) FBI Agent Wayne Jackson.
(5) Courtroom Deputy Kelli Jones.

Upon being sworn the defendant was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

The defendant acknowledged he had received a copy of the Criminal Complaint. It was determined he was capable of being able to read and understand these proceedings.

The defendant was advised of his right to a detention hearing. Defendant waived his right to a detention with the understanding that if his circumstances change, he may move for an immediate bond hearing.

### Preliminary Hearing - Proof

Having heard and considered the testimony of Agent Jackson during the preliminary hearing and the sworn Affidavit/Complaint, the undersigned finds:

(1) There is probable cause to believe that there has been a
violation of 18 U.S.C. § 875(b), knowingly and willfully
transmitting in interstate commerce communications containing
threats by means of a cell phone, committed in the Eastern District
of Tennessee.

1

(2) There is probable cause to believe the defendant committed the aforesaid offense.

(3) The proof the defendant committed the aforesaid offense is strong.

## Conclusions

It is ORDERED:

(1) The defendant is held to answer the charges against him in the District Court.

(2) The defendant waived his detention hearing with the right to ask for a later hearing. Based on his waiver, the Court **DETAINS** the defendant as a risk of flight until further order of the Court.

(3) The defendant's next appearance shall be before the undersigned U.S. Magistrate Judge at **10:00 a.m. on Wednesday, April 15, 2009.**

ENTER.

Dated: April 9, 2009

s/William B. Mitchell Carter
UNITED STATES MAGISTRATE JUDGE